UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| **CINDY M. INGRAM,** ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Case No. 07-2157 |
| **COMMISSIONER OF SOCIAL SECURITY,** ) | |
| **sued as Michael J. Astrue,** ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION

In May 2007, Administrative Law Judge (hereinafter "ALJ") David Thompson denied disability insurance benefits and supplemental security income benefits to Plaintiff Cindy Ingram. The ALJ based his decision on findings that Plaintiff was able to perform her past work and other jobs that exist in significant numbers in the national economy; therefore, she was not disabled within the meaning of the Social Security Act.

In August 2007, Plaintiff filed a Complaint (#4) against Defendant Michael Astrue, the Commissioner of Social Security, seeking judicial review of the final decision by the Regional Commissioner of the Social Security Administration denying benefits. In August 2008, Plaintiff filed a Motion for Summary Judgment or Remand (#14) and in November 2008, Defendant filed a Motion for an Order Which Affirms the Commissioner's Decision (#18). In December 2008, Plaintiff filed a Short Reply in Support of Her Motion for Summary Judgment or Remand (#20-2). After reviewing the administrative record and the parties' memoranda, this Court recommended that Plaintiff's Motion for Summary Judgment or Remand (#14) be granted

Consistent with the Court's reasoning in the Report and Recommendation granting motion (#14), the Court now recommends, pursuant to its authority under 28 U.S.C. § 636(b)(1)(B), that Defendant's Motion for an Order Which Affirms the Commissioner's Decision **(#18)** be **DENIED**.

The parties are advised that any objection to this recommendation must be filed in writing with the Clerk within ten working days after service of a copy of this recommendation. *See* 28 U.S.C. 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.,* 797 F.2d 538, 539 (7th Cir. 1986).

ENTER this 4th day of March, 2009.

                                                                             s/ DAVID G. BERNTHAL
                                                                              U.S. MAGISTRATE JUDGE