# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| **CINDY M. INGRAM,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No. 07-CV-2157 |
| ) | |
| **COMMISSIONER OF SOCIAL SECURITY,** ) | |
| **sued as Michael J. Astrue,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Two Reports and Recommendations (#22, #23) were filed by Magistrate Judge David G. Bernthal in the above cause on March 4, 2009. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). Judge Bernthal's Recommendations are, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Reports and Recommendations (#22, #23) are accepted by this court.

(2) Plaintiff's Motion for Summary Judgment of Remand (#14) is GRANTED. This case is remanded, pursuant to sentence four of 42 U.S.C. § 495(g), for consideration consistent with Judge Bernthal's Report and Recommendation (#22).

(3) Defendant's Motion for an Order Which Affirms the Commissioner's Decision (#18) is DENIED.

(4) This case is terminated.

ENTERED this 25th day of March, 2009

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE