UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

---

| | |
|---|---|
| **CINDY M. INGRAM,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | **Case No. 07-CV-2157** |
| ) | |
| **COMMISSIONER OF SOCIAL** ) | |
| **SECURITY, sued as Michael J. Astrue,** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER

On October 20, 2009, Magistrate Judge David G. Bernthal filed a Report and Recommendation (#28) in the above cause. More than ten (10) days have elapsed since the filing of the Recommendation, and no objection to the Report and Recommendation has been filed. See 28 U.S.C. § 636(b)(1). Judge Bernthal's Recommendation is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#28) is accepted by this court.

(2) Plaintiff's Application for Attorneys' Fees Under the Equal Access to Justice Act (#26) is GRANTED. Attorneys' Fees and Costs are awarded in the amount of $5,300.75.

ENTERED this 9th day of November, 2009

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE