UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| CINDY M. INGRAM,            )<br>            Plaintiff,    )<br>v.                          )<br>                            )<br>COMMISSIONER OF SOCIAL SECURITY,  )<br>sued as Michael J. Astrue,  )<br>                            )<br>            Defendant.     ) | Case No. 07-2157 |

## REPORT AND RECOMMENDATION

Before the Court is the Petition for Attorney Fee Pursuant to § 206(b)(1) (#31). That petition was filed on February 4, 2010. Notice was sent. No one has filed anything opposing the petition.

The undersigned has reviewed the petition and agrees that Attorney Frederick J. Daley, Jr. is entitled to the fees sought. Accordingly, I recommend pursuant to authority conferred to me under 28 U.S.C. § 636(b)(1)(B) that the Petition for Attorney Fee Pursuant to § 206(b)(1) **(#31)** be **GRANTED** and the fees described in that petition be approved and awarded.

The parties are advised that any objection to this recommendation must be filed in writing with the Clerk within 14 days after being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986).

ENTER this 26th day of February, 2010.

                                                  s/ DAVID G. BERNTHAL
                                                  U.S. MAGISTRATE JUDGE