**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| **CINDY M. INGRAM,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No. 07-CV-2157 |
| ) | |
| **COMMISSIONER OF SOCIAL SECURITY,** ) | |
| sued as Michael J. Astrue, ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

A Report and Recommendation (#32) was filed by Magistrate Judge David G. Bernthal in the above cause on February 26, 2010.  More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made.  See 28 U.S.C. § 636(b)(1).  Judge Bernthal's Recommendation is, therefore, accepted by the court.  See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#32) is accepted by this court.

(2) Plaintiff's Petition for Attorney Fee Pursuant to § 206(b)(1) (#31) is GRANTED.  The fees described in the Petition are hereby approved and awarded.

ENTERED this 22nd day of March, 2010

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE